

**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
**Transmittal Number: 12957387**
**Date Processed: 09/17/2014**

| | |
|---|---|
| Primary Contact: | Wesley Griffin<br>J.B. Hunt Transport Inc.<br>P.O. Box 598<br>Lowell, AR 72745 |
| Copy of transmittal only provided to: | Sharon Netherton<br>Erin Campbell<br>Joan Bader |

| | |
|---|---|
| **Entity:** | J.B. Hunt Transport, Inc.<br>Entity ID Number  1919641 |
| **Entity Served:** | J.B. Hunt Transport, Inc. |
| **Title of Action:** | Gene B. Cummins vs. J.B. Hunt Transport, Inc. |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Labor / Employment |
| **Court/Agency:** | Polk County District Court, Iowa |
| **Case/Reference No:** | LACL130488 |
| **Jurisdiction Served:** | Iowa |
| **Date Served on CSC:** | 09/16/2014 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Harley C. Erbe<br>515-281-1460 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

Exhibit A
to Notice of Removal

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | | |
|---|---|---|
| GENE B. CUMMINS, | * | |
| | * | |
| Plaintiff, | * | NO. LACL130488 |
| | * | |
| v. | * | |
| | * | |
| J.B. HUNT TRANSPORT, INC., | * | ORIGINAL NOTICE |
| | * | |
| Defendant. | * | |

TO THE ABOVE-NAMED DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiff is Harley C. Erbe, whose address is 2501 Grand Avenue, Des Moines, Iowa. That attorney's telephone number is (515) 281-1460; facsimile number (515) 281-1474.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa

**IMPORTANT**

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

*Case No.*  LACL130488

*County*  Polk

*Case Title*  GENE B CUMMINS VS J B HUNT TRANSPORT SERVICES

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  09/16/2014 02:05:43 PM



*District Clerk of* Polk            *County*
/s/ Brenda Heilskov

E-FILED  2014 AUG 22 11:38 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | | |
|---|---|---|
| GENE B. CUMMINS, | * | |
| | * | |
| Plaintiff, | * | NO. LACL130488 |
| | * | |
| v. | * | |
| | * | |
| J.B. HUNT TRANSPORT, INC., | * | SECOND AMENDED PETITION AT |
| | * | LAW AND JURY DEMAND |
| Defendant. | * | |

COMES NOW the plaintiff and sets forth his claims for relief and states:

### JURISDICTIONAL AND GENERAL BACKGROUND

1.    Plaintiff is a resident of Whitten, Hardin County, Iowa.

2.    Defendant is an active Arkansas corporation that does business in Iowa. All conduct by Defendant's employees, agents, or representatives, as asserted in this Petition, occurred within the scope of such persons' employment, agency, or representation. Defendant is thus vicariously liable for all such conduct as described in this Petition.

3.    The incidents that form the basis for this suit occurred in Des Moines, Polk County, Iowa.

4.    Plaintiff brings this action pursuant to the American With Disabilities Act, 42 U.S.C. § 12101 *et seq.*, which incorporates by reference the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Iowa Civil Rights Act, Iowa Code Chapter 216, to redress discrimination in employment and Defendant's refusal to hire Plaintiff based on Plaintiff's perceived or actual disability.

1

E-FILED  2014 AUG 22 11:38 AM POLK - CLERK OF DISTRICT COURT

5.    This court has jurisdiction over Plaintiff's claims pursuant to 42 U.S.C. §§12117(a) and 2000e-5(f)(3) and Iowa Code § 216.16(5).

## FACTUAL ALLEGATIONS

6.    In 2012 Defendant extended a conditional offer of employment to Plaintiff as a commercial truck driver.

7.    After Defendant's conditional job offer, Defendant required Plaintiff to undergo a functional capacity examination before Plaintiff would be permanently hired.  The functional capacity examination occurred in Des Moines, Polk County, Iowa on September 18, 2012.

8.    Defendant's functional capacity examination included a step test.  Plaintiff was unable to complete the step test to Defendant's satisfaction because he was suffering knee pain and other issues with his knees.

9.    On September 18, 2012 Defendant withdrew its conditional job offer and did not hire Plaintiff because he was unable to complete the step test during the functional capacity examination.

10.    Plaintiff has chronic, permanent knee pain stemming from a December 2009 accident.  He had surgery on both knees in May 2010.  He has permanent physical restrictions as a result of those surgeries, including restrictions involving climbing, kneeling, squatting, crouching, walking, running, pivoting, standing, stooping, crawling, and balancing.

## COMPLIANCE WITH JURISDICTIONAL PREREQUISITES

11.    Plaintiff has complied with all jurisdictional prerequisites to this action. Plaintiff's right-to-sue letters are attached.  Plaintiff timely filed his original petition within

2

E-FILED 2014 AUG 22 11:38 AM POLK - CLERK OF DISTRICT COURT

ninety days of his receipt of his state right-to-sue letter. Plaintiff timely files this amended petition within ninety days of his receipt of his federal right-to-sue letter.

## CLAIM FOR RELIEF

12.    Plaintiff realleges and incorporates by reference paragraphs 1-11 of this Petition as if fully set forth herein.

13.    Plaintiff is a qualified individual within the meaning of 42 U.S.C. § 12111(8) and constructively or actually disabled as defined by Iowa Code § 216.2(5) in that Defendant perceived Plaintiff to have or Plaintiff actually did have physical disabilities, as set forth above, that caused the aforementioned perceived or actual impairments and restrictions.

14.    Had Plaintiff's impairments, as Defendant perceived them, been true, Plaintiff would have been substantially limited in one or more major life activities. Alternatively, Plaintiff's actual disabilities substantially limited Plaintiff in one or more major life activities.

15.    Defendant erroneously believed that Plaintiff had such perceived or knew that Plaintiff had such actual impairments and discriminated against Plaintiff because of those actual or perceived impairments by refusing to hire Plaintiff.

16.    Defendants each are an "employer" and a "covered entity" under the Americans With Disabilities Act. Defendant is subject to the Iowa Civil Rights Act under Iowa Code §§ 216.2(6) & (7) and 216.6(6)(a).

17.    Plaintiff could have performed the essential functions of and was qualified for the aforesaid position at the time Defendant refused to hire Plaintiff.

18.    Plaintiff's aforesaid perceived or actual impairments and limitations were motivating factors or played a role in Defendant's decision to refuse to hire Plaintiff.

3

E-FILED  2014 AUG 22 11:38 AM POLK - CLERK OF DISTRICT COURT

19.     Defendant's aforesaid actions against Plaintiff violated 42 U.S.C. § 12112 and Iowa Code § 216.6(1)(a).

20.     Plaintiff has suffered injuries and damages as a proximate result of Defendant's aforesaid conduct.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount sufficient to fully and fairly compensate him for his injuries, including all relief available under the American With Disabilities Act, the Civil Rights Act of 1964, and the Iowa Civil Rights Act, together with attorney fees, expenses, the costs of this action, and interest thereon as provided by law.

## JURY DEMAND

COMES NOW the plaintiff and demands a trial by jury of all of the issues in the above cause of action.

/s/ *Harley C. Erbe*
Harley C. Erbe, AT002430
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
E-Mail:  erbelawfirm@aol.com

ATTORNEY FOR PLAINTIFF

4