**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| GENE B. CUMMINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:14-cv-00402 |
| | ) | |
| J.B. HUNT TRANSPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a), the Parties hereby stipulate to the dismissal of the above-captioned matters, with prejudice, and with each party to bear their own costs.

Dated this 7th day of August, 2015.

Respectfully Submitted,

/s/ Harley C. Erbe with consent
Harley C. Erbe, AT002430
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, Iowa 50312
TEL: (515) 281-1460
FAX: (515) 281-1474
EMAIL: erbelawfirm@aol.com

ATTORNEY FOR PLAINTIFF

/s/ Mitchell E. Wood
Mitchell E. Wood, *pro hac vice*
THE HALBROOK LAW FIRM, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
EMAIL: mwood@halbrooklaw.com

Patrick E. Shanahan AT0011982
DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa 50309
TEL: (515) 246-4549
FAX: (515) 246-4550
EMAIL: pshanahan@dickinsonlaw.com
ATTORNEYS FOR DEFENDANT